UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY LIETZ,

    Plaintiff,

v.     CASE NO. 8:15-cv-2211-T-23TGW

OXFORD LAW, LLC,

    Defendant.
_____/

## **ORDER**

The plaintiff moves (Doc. 11) unopposed for an attorney's fee. A March 11, 2016 order (Doc. 13) refers the motion for a report and recommendation. The magistrate judge recommends (Doc. 14) granting the motion and awarding the plaintiff an attorney's fee of $2,880.00 and costs of $440.00. Seventeen days has passed, and neither party objects. The report and recommendation (Doc. 14) is **ADOPTED**. The plaintiff's motion for an attorney's fee (Doc. 11) is **GRANTED**. The clerk is directed to enter a judgment in favor of the plaintiff and against the defendant for an attorney's fee of $2,880.00 and costs of $440.00.

ORDERED in Tampa, Florida, on May 13, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE